UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN WILEY & SONS, INC.,                :

                                              :     ORDER
              Plaintiff,                        08 Civ. 8349 (PKC) (GWG)
                                              :

   -v.-
                                              :

JOHN LIM,                                         :

             Defendant.                        :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court intends to set deadlines for (1) the completion of any remaining discovery in this matter; (2) the submission of any request to Judge Castel to make a summary judgment motion and/or (3) the filing of any joint pretrial order (assuming no party intends to make a summary judgment motion).

      The parties are directed to consult with each other by telephone regarding these matters. <u>On or before October 15, 2009</u>, they should either jointly propose deadlines for these tasks or, if they are not in agreement, should write separate letters to the Court stating their views.

      SO ORDERED.

Dated: October 1, 2009
       New York, New York

                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge

Copies sent to:

Laura Jean Scileppi
Dunnegan LLC
350 Fifth Avenue
New York , NY 10118

John Lim
1029 Courses Landing Rd.,
Woodstown NJ 08098